

# Notice of Service of Process

null / ALL
Transmittal Number: 24289411
Date Processed: 01/05/2022

| | |
|---|---|
| **Primary Contact:** | Katherine Marietta<br>Quanta Services, Inc.<br>2800 Post Oak Blvd<br>Ste 2600<br>Houston, TX 77056-6175 |
| **Entity:** | Cat-Spec, Ltd.<br>Entity ID Number  3716154 |
| **Entity Served:** | Cat-Spec Ltd |
| **Title of Action:** | Villary Paillett vs. Cat-Spec Ltd |
| **Matter Name/ID:** | Villary Paillett vs. Cat-Spec Ltd (11888431) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Caddo Parish District Court, LA |
| **Case/Reference No:** | 634,205-B |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 01/05/2022 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Josh Powell<br>318-221-1507 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT "A"

breanet CPCC.CV.3052792

# Citation

VILLARY PAILLETT
VS
CAT SPEC LTD, ETAL

NO. 634205– B
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   CAT SPEC LTD
THRU AGENT
501 LOUISIANA AVE
BATON ROUGE, LA
70802

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date December 13, 2021.

*Also attached are the following:
\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS
\_\_\_\_\_ INTERROGATORIES
\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS
\_\_\_\_\_

MIKE SPENCE, CLERK OF COURT

By: _____
Deputy Clerk

_____JOSH POWELL_____
Attorney

A TRUE COPY - ATTEST

Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

| | | |
|---|---|---|
| VILLARY PAILLETT | : | SUIT NUMBER: 634,205-B |
| VERSES | : | 1st JUDICIAL DISTRICT COURT |
| CAT-SPEC LTD, OLD REPUBLIC INSURANCE COMPANY, and MIGUEL PEREZ | : | CADDO PARISH, LOUISIANA |

## PETITION

VILLARY PAILLETT, of the full age of majority and domiciled in Caddo Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

a. CAT-SPEC, LTD; a foreign corporation authorized to do and doing business in the state of Louisiana;

b. OLD REPUBLIC INSURANCE COMPANY; a foreign insurer who provided liability coverage to the vehicle owned and operated by Miguel Perez; and

c. MIGUEL PEREZ; of the full age of majority, domiciled in Cypress County, Texas.

2.

On November 2, 2021, a wreck occurred in the parking lot of 3651 Hollywood Avenue, in Shreveport, Louisiana involving a Ford F-250 operated by Miguel Perez and a 2018 Dodge van operated by Villary Paillett.

3.

Miguel Perez rear-ended Villary Paillett.

4.

Miguel Perez endangered the public and caused plaintiff harm by:

a. Failing to maintain a proper lookout;

b. Operating his vehicle in a careless and reckless manner; and

c. Rear-ending Plaintiffs' vehicle.

5.

It is alleged upon information and belief that Miguel Perez was in the course and scope of his employment with Cat-Spec, LTD at the time of the accident. Cat-Spec, LTD is vicariously liable for the negligent acts of its employee.

6.

Cat-Spec, LTD. had a duty to communicate, establish and enforce screening, training and supervision procedures to prevent acts of the nature described herein. This breach of duty by Cat-Spec, LTD. caused plaintiff injuries and harm. Cat-Spec, LTD. was negligent in its hiring, retention, training and supervision of Miguel Perez. This negligence was jointly a cause of plaintiff's harm.

7.

Defendants' negligence caused harm to Plaintiff. Defendant is responsible for her past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) loss of enjoyment of life; 5) functional impairment/disability; 6) lost wages and earning capacity; 7) scarring and disfigurement; and 8) property damage.

8.

Plaintiff's claims equal or exceed the amount in controversy required for jurisdiction under 28 USC Code §1332.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendants be repaired by judgement; all expert fees, cost, and interest should be borne by defendants.

**PLEASE SERVE:**
CAT-SPEC, LTD
Through its Registered Agent for Service
501 Louisiana Avenue
Baton Rouge, LA 70802

OLD REPUBLIC INSURANCE COMPANY
Through its Registered Agent for Service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**MIGUEL PEREZ**
19707 Yaupon Mist Dr.
Cypress, TX 77433

Respectfully Submitted,

_____
Josh Powell (#38378)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 – telephone
(318) 221-4560 – facsimile
jpowell@morrisdewett.com
ATTORNEYS FOR PLAINTIFFS

ENDORSED FILED
STEPHEN FEAZEL, CADDO DEPUTY CLERK
DEC 13 2021
A TRUE COPY ATTEST:
CADDO PARISH DEPUTY CL